THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-312-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN SANCHEZ HYMAN, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on counsel for the Defendant's motion to seal the Proposed Sealed Motion [DE #31] filed in this case. The Court finds that good cause has been shown to allow the filing of such motion under seal.

IT IS THEREFORE ORDERED that the Motion to File Document Under Seal is ALLOWED and the Clerk is directed to permanently seal the Proposed Sealed Motion [DE #31] filed by counsel for the Defendant in this case.

SO ORDERED.

This, the 6th day of March 2014.

_____
Malcolm J. Howard
Senior United States District Judge