THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-312-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN SANCHEZ HYMAN, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on counsel for the Defendant's Motion to Withdraw in this matter. The Court finds that good cause has been shown to allow counsel to withdraw as attorney of record for the Defendant Juan Sanchez Hyman.

NOW, THEREFORE, it is hereby ordered that the Motion to Withdraw is ALLOWED and Jason A. Brenner is GRANTED leave to withdraw as counsel for the Defendant in this matter.

IT IS FURTHER Ordered that the Federal Public Defender if directed to appoint new counsel for the Defendant Juan Sanchez Hyman.

SO ORDERED, this 6th day of March 2014.

Malcolm J. Howard
Senior United States District Judge