IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-312-1H

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| JUAN SANCHEZ HYMAN, | ) |  |
| Defendant. | ) |  |

This matter is before the court on the following motions filed by Juan Sanchez Hyman, acting on his own behalf:

    1. Motion of Ad Referendum in Light of Prosecutorial Misconduct, filed June 12, 2014 [DE #58];

    2. Motion of Ad Referendum in Light of Prosecutorial Misconduct, filed June 18, 2014 [DE #59];

    3. Motion to Dismiss Count Two of Indictment Due to Double Standard, filed June 18, 2014 [DE #60];

    4. Motion for Speedy Trial, filed July 2, 2014 [DE #63];

    5. Motion for Disclosure, filed July 2, 2014 [DE #64];

    6. Motion to Dismiss, filed July 2, 2014 [DE #65];

    7. Motion for Speedy Trial, filed July 8, 2014 [DE #67]; and

    8. Ex Parte Motion for Investigative, Expert or Other Services, filed July 9, 2014 [DE #68].

These filings do not comply with the Federal Rules of Criminal Procedure or this court's Local Criminal Rules. Local Criminal Rule 47.3 provides that "[a]ll pleadings, motions, discovery procedures, memoranda and other papers filed with the clerk or the court shall . . . be signed by counsel as required by Local Criminal Rule 57.1(d). . . ." Local Criminal Rule 47.3 (E.D.N.C. Dec. 2013). Local Criminal Rule 57.1(d) provides that "[l]itigants in criminal actions, except governmental agencies and parties appearing *pro se*, must be represented by at least one member of the bar of this court who shall sign all documents filed in this court . . . ." Local Criminal Rule 57.1(d) (E.D.N.C. Dec. 2013). Defendant previously requested and has been provided court-appointed counsel in this matter. He is not entitled to hybrid representation, representing himself when he so chooses. *Faretta v. California*, 422 U.S. 806, 835 (1975). Moreover, the documents filed by defendant are not signed and do not comply with the Federal Rules' requirements for service. *See* Fed. R. Crim. P. 47, 49; Fed. R. Civ. P. 5. Accordingly, the court hereby STRIKES the following documents:

1. Motion of Ad Referendum in Light of Prosecutorial Misconduct, filed June 12, 2014 [DE #58];

2. Motion of Ad Referendum in Light of Prosecutorial Misconduct, filed June 18, 2014 [DE #59];

3. Motion to Dismiss Count Two of Indictment Due to Double Standard, filed June 18, 2014 [DE #60];

4. Motion for Speedy Trial, filed July 2, 2014 [DE #63];

5. Motion for Disclosure, filed July 2, 2014 [DE #64];

6. Motion to Dismiss, filed July 2, 2014 [DE #65];

7. Motion for Speedy Trial, filed July 8, 2014 [DE #67]; and

8. Ex Parte Motion for Investigative, Expert or Other Services, filed July 9, 2014 [DE #68].

SO ORDERED, this 17th day of July 2014.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge