IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-312-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN SANCHEZ HYMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's unopposed motion to have defendant examined for competency [DE #86]. Counsel for the government represents to the court that there is reasonable cause to believe that defendant is presently suffering from a mental disease or defect that may prevent him from understanding and evaluating the nature and consequences of the proceedings in this matter or to assist properly in his defense. Pursuant to 18 U.S.C. §§ 4241 and 4247, counsel requests an evaluation to determine defendant's mental competency.

For good cause shown, the court GRANTS defendant's motion to determine competency and hereby ORDERS that defendant be committed to the custody of the United States Attorney General for a period not to exceed thirty (30) days for purposes of a psychological and/or psychiatric examination at FCC Butner or such other suitable facility as may be designated by the

Attorney General pursuant to 18 U.S.C. §§ 4241 and 4247(b). A report of the examination(s) shall be prepared and filed with the court pursuant to 18 U.S.C. § 4247(c), with copies provided to counsel for defendant and counsel for the government.

It is further ordered that the hearing on all pending motions and arraignment in this case shall be CONTINUED pending a determination of defendant's mental competency to stand trial. Any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A). Moreover, the court finds that the interests of justice served by conducting an evaluation to determine defendant's competency outweigh the best interests of the public and defendant in a speedy trial and, therefore, any delay occasioned by this continuance is also excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 4TH day of August 2014.

MALCOLM J. HOWARD
Senior United States District Judge

Greenville, NC
#33

2