UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Juan Sanchez Hyman                                    Docket No. 5:13-CR-312-1H

Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Juan Sanchez Hyman, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(c), and 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 10, 2016, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Juan Sanchez Hyman was released from custody on May 10, 2016, at which time the term of supervised release commenced, and the defendant was ordered to serve the remaining portion of his imprisonment through home detention while on supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 6, 2016, the defendant tested positive for marijuana, amphetamine, methamphetamine, and cocaine, which was confirmed by laboratory analysis on December 19, 2016. The defendant signed an admission of drug use form acknowledging the validity of the test results. The defendant received a verbal reprimand, was counseled for his actions, and was instructed to obtain a substance abuse assessment from Second Chance Recovery Center. In addition, the defendant has been enrolled in the Surprise Urinalysis Program. As a sanction for his violation, the defendant will participate in the DROPS Program and will be required to serve a two day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Juan Sanchez Hyman
Docket No. 5:13-CR-312-1H
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: January 5, 2017

## ORDER OF THE COURT

Considered and ordered this 9 day of January, 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge